# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**HIWASSE MANUFACTURING CO., INC.**                                              **PLAINTIFF**

**vs.**                                    **NO. 4:06CV00189 GTE**

**CRAIG METZ**                                                                    **DEFENDANT**

## ORDER OF DISMISSAL

Pending before the Court is the Joint Motion to Dismiss advising the Court that this case should be dismissed.

IT IS THEREFORE, BY THE COURT, CONSIDERED, ORDERED AND ADJUDGED that this case, be and it is hereby, dismissed with prejudice and all motions are moot.

SO ORDERED this 9th day of August, 2006.

                                                __/s/ Garnett Thomas Eisele
                                                UNITED STATES DISTRICT JUDGE